195 So.2d 146

195 So.2d 146

**Mrs. Frances Tucker OWEN, Administratrix,**

**BATON ROUGE WOOD PRODUCTS, INC.**

**v.**

**v.**

**ZURICH INSURANCE COMPANY et al.**

**Emile G. EZELL.**

**No. 48551.**

**No. 48559.**

Feb. 23, 1967.

Feb. 23, 1967.

In re: Mrs. Frances Tucker Owen, Administratrix, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 194 So.2d 442.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

In re: Southern Pipe and Supply Company of Mississippi, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 194 So.2d 372.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.